IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

David Durham,

    Plaintiff(s),

vs.

Detective Jerry Niffenegger, et al.,

    Defendant(s).

Case Number: 1:18cv91

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 5, 2019 a Report and Recommendation (Doc. 25). Subsequently, the defendants Walmart (Doc. 27) and Target and James Christian (Doc. 28) filed objections to such Report and Recommendation.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendant Walmart's motion to dismiss the complaint (Doc. 16) is GRANTED in part and DENIED in part. Defendants Target and Christian's motion to dismiss the complaint (Doc. 20) is GRANTED in part and DENIED in part.

IT IS SO ORDERED.

                                                            s/Susan J. Dlott
                                                            Judge Susan J. Dlott
                                                            United States District Court