IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| DAVID DURHAM, | : | Case No. 1:18-cv-91 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| DETECTIVE JERRY NIFENEGGER, et al., | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 57) AND DENYING IN PART MOTION FOR LEAVE TO AMEND THE COMPLAINT (DOC. 41)**

The Court has reviewed the Order and Report and Recommendation (Doc. 57) of United States Magistrate Judge Karen L. Litkovitz, to whom this case is referred pursuant to 28 U.S.C. § 636(b). As no objections to the Report and Recommendation have been filed and the time do so has expired, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. Accordingly, Plaintiff's motion for leave to amend the complaint (Doc. 41) is **DENIED** insofar as Plaintiff seeks to bring claims under 42 U.S.C. § 1983 and supplemental state law claims other than claims for conversion/unjust enrichment and civil conspiracy against Scott Hollopeter.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _/s/ Matthew W. McFarland_
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE