IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| DAVID DURHAM, | : | Case No. 1:18-cv-91 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| DETECTIVE JERRY NIFFENEGGER, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING
REPORT AND RECOMMENDATION (DOC. 105) AND
DENYING DEFENDANT HOLLOPETER'S MOTION TO DISMISS (DOC. 94)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz (Doc. 105), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, the Court **DENIES** Defendant Hollopeter's Motion to Dismiss for Insufficient Service of Process (Doc. 94).

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND